UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-80054-CR-MARRA

**UNITED STATES OF AMERICA,**

vs.

**DONTAVIOUS M. BLAKE,**
    **a/k/a "D", and**
**TARA JO MOORE,**

    Defendants.
_____/

## ORDER APPOINTING GUARDIAN AD LITEM

**THIS CAUSE** having come on to be heard upon the United States of America's Motion to Seal and Motion For Order Appointing Guardian Ad Litem.  The Court being advised in the premises, pursuant to Title 18, United States Code, Section 3509(h)(1), and the Court finding that it is in the best interests of the child to have a guardian ad litem to represent the child, T.H., in attending hearings and trial proceedings in which the child participates, it is

**ORDERED AND ADJUDGED** that the motions are hereby GRANTED.  It is further,

**ORDERED AND ADJUDGED** that pursuant to Title 18, United States Code, Section 3509, that Vicki A. Tucci, Esq. is hereby appointed as guardian ad litem to represent the best interests of T.H. It is further

**ORDERED AND ADJUDGED** that the guardian ad litem shall timely file a Notice of Acceptance with this Court.  It is further,

**ORDERED AND ADJUDGED** that the guardian ad litem shall maintain any information received from any source as confidential, and shall not disclose the same except in a

report to this Court, or to other parties to this cause, or by order of this Court. It is further,

**ORDERED AND ADJUDGED** that the guardian ad litem shall be notified of hearings, or other proceedings concerning the child, and shall be notified prior to any action taken on behalf of the child by any party. It is further,

**ORDERED AND ADJUDGED** that the guardian ad litem shall have continuous and reasonable access to the child wherever the child is located and no person shall obstruct the guardian ad litem from having access to the child at any time.

**DONE AND ORDERED** in Chambers this 15th day of April, 2013, at West Palm Beach in the Southern District of Florida.

_____
HONORABLE KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE