UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

Case No: 13-80054-CR-MARRA



UNITED STATES OF AMERICA,

vs.

DONATAVIOUS M. BLAKE,
    a/k/a "D" and
TARA JO MOORE,

    Defendants.
_____/

## NOTICE OF ACCEPTANCE BY GUARDIAN AD LITEM

I, **Vicki A. Tucci** hereby give a Notice that I accept appointment as a Guardian ad Litem in this cause. I will perform all responsibilities as Guardian ad Litem until termination of the Jurisdiction of the Court or discharge or release by the Court.

VICKI A. TUCCI
Florida Bar No.: 0816981
Legal Aid Society of Palm Beach County, Inc.
423 Fern Street, Suite 200
West Palm Beach, Florida 33401
Telephone: (561) 822-9787
Facsimile: (561) 822-9887
Email: vtucci@legalaidpbc.org