UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO; 13-80054-CR-MARRA(s)

**UNITED STATES of AMERICA,**
　　　　**Plaintiff,**

　v.

**TARA MOORE**
　　　　**Defendant.**
_____/

# DEFENDANT'S REQUEST
## FOR EXPERT REPORTS AND WRITTEN SUMMARIES

　　　　The Defendant, Tara Moore, by and through undersigned counsel, Peter T. Patanzo, Esq., and the Law Offices of Benjamin, Aaronson, Edinger & Patanzo, PA, pursuant to the paragraphs A(6) and N of the Standing Discovery Order makes this request for any Expert Reports and Written Summaries of testimony the government expects to offer at trial and as grounds in support would state;

　　　　1.  The defendant has been charged in count I of the Superseding Indictment with Sex Trafficking of a Minor, in violation of 18 USC § 1951(a)(1), in count II with Conspiracy to Trafficking in Minors for Sex, in violation 18 USC § 1951(a)(1) and 18 USC § 1954©), and in count III with Sex Trafficking of a Minor, in violation of 18 USC § 1951(a)(1).  The defendant is facing a minimum penalty of 10 years up to a statutory maximum term of life imprisonment. [DE;72].

　　　　2.  Paragraphs A(6) and N of the standing discovery provides that upon request of the Defendant, the government shall disclose a written summary or testimony the government

reasonably expects to offer at trial under Federal Rules of Evidence 702, 703 or 705.  The summary must describe the witnesses opinions, the bases and the reasons therefor, and the witnesses qualifications.

  3.  In this regard, the Defendant would include in this request the same material of any law enforcement official the government intends on offering in an expert capacity to explain the charges contained in the Superseding Indictment, as well as, the manner and means in which these prostitution organization operate.

            Respectfully submitted;
            *s/; Peter T. Patanzo*
            Peter T. Patanzo, Esq.
            Benjamin, Aaronson, Edinger & Patanzo, PA
            1 Financial Plaza, suite 1615
            Fort Lauderdale, Florida 33394
            (954) 779-1700 phone
            (954) 779-1771 fax
            ppatanzo@bellsouth.net
            ppatanzo@benjaminaaronson.com
            Counsel for Tara Moore

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with EM / ECF this 11th day of October, 2013 and served on all those associated with the service list.

*s/; Peter T. Patanzo*
Peter T. Patanzo, Esq.
