UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-80054-CR-MARRA(s)

UNITED STATES of AMERICA,
        Plaintiff,

v.

TARA JO MOORE,
        Defendant.
_____ /

**DEMAND FOR 404(b) AND OTHER EXTRINSIC ACT EVIDENCE**

    The Defendant, Tara Jo Moore, by and through undersigned counsel, Peter T. Patanzo, Esq., and the Law Offices of Benjamin, Aaronson, Edinger & Patanzo, PA, pursuant to paragraph (H) of the Standing Discovery Order and Federal Rule of Evidence 404(b), respectfully files this Demand for Disclosure of 404(b) evidence and any other Extrinsic Act evidence the government intends to offer at trial and as grounds in support would state:

    1. The defendant has been charged in count I of the Superseding Indictment with Sex Trafficking of a Minor, in violation of 18 USC § 1951(a)(1), in count II with Conspiracy to Trafficking in Minors for Sex, in violation 18 USC § 1951(a)(1) and 18 USC § 1954©), and in count III with Sex Trafficking of a Minor, in violation of 18 USC § 1951(a)(1). The defendant is facing a minimum penalty of 10 years up to a statutory maximum term of life imprisonment. [DE;72].

    2. Paragraph (H) of the Standing Discovery Order states that the government shall advise the Defendant(s) of its intention to introduce extrinsic act evidence pursuant to Rule 404(b), Federal Rule of Evidence. The government shall provide notice regardless of how it intends to

use the extrinsic act evidence at trial, i.e. during its case-in-chief, for impeachment, or for possible rebuttal. Furthermore, the government shall apprise the Defendant of the general nature of the evidence of the extrinsic acts.

    3. Subsection (b) of Rule 404 deals with a specialized and important application of the general rule excluding circumstantial use of character evidence. Consistent with that rule, evidence of other crimes, wrongs or acts is not admissible to prove character as a basis for suggesting the inference that conduct of a particular occasion was in conformity with it. However, evidence may be offered for another purpose, such as proof of motive, opportunity, intent and so on, which does not fall within the prohibition. The determination must be made whether the danger of undue prejudice outweighs the probative value of the evidence in view of the availability of other means of proof and other facts appropriate for making decisions of this kind under Rule 403.

    The amendment to Rule 404(b) adds a pretrial notice requirement in criminal cases and is intended to reduce surprise and promote early resolution on the issue of admissibility. The amendment requires the prosecution to provide notice, regardless of how it intends to use the extrinsic act evidence at trial, i.e., during its case in chief, for impeachment, or for possible rebuttal. Nothing in the amendment precludes the Court from requiring the government to provide it with an opportunity to rule *in limine* on 404(b) evidence. When ruling *in limine*, the Court may require the government to disclose to it the specifics of such evidence which the Court must consider in determining admissibility.

    4. Through this request, the Defendant demands disclosure of any 404(b) evidence or any other Extrinsic Act evidence the government deems inextricably intertwined with the charges contained in the Superseding Indictment, regardless of how the government intends to offer such

evidence.

                                      Respectfully submitted;
                                      *s/; Peter T. Patanzo*
                                      Peter T. Patanzo, Esq.
                                      Benjamin, Aaronson, Edinger & Patanzo, PA
                                      1 Financial Plaza, suite 1615
                                      Fort Lauderdale, Florida 33394
                                      (954) 779-1700 phone
                                      (954) 779-1771 fax
                                      ppatanzo@bellsouth.net
                                      ppatanzo@benjaminaaronson.com
                                      Counsel for Tara Moore

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with EM / ECF this 11th day of October, 2013 and served on all those associated with the service list.

                                      *s/; Peter T. Patanzo*
                                      Peter T. Patanzo, Esq.