UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80054-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs

DONTAVIOUS M. BLAKE,
TARA JO MOORE,

        Defendants.
_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL

**THIS CAUSE** came before the Court upon Defendants Joint Motion to Continue Trial [DE 138]. After consideration of the record, the motion for continuance and the Court's schedule, it is

**ORDERED and ADJUDGED** that the Defendants Motion to Continue Trial in this cause is **GRANTED**. The trial presently scheduled for April 7, 2014, is hereby reset for the two-week trial calendar beginning **July 21, 2014 at 9:00 a.m.** Calendar Call is set for **Friday, July 18, 2014 at 9:00 a.m.** in West Palm Beach, Florida.

**THE COURT FURTHER FINDS** that the period of delay resulting from the granting of this continuance, to and including the date the trial commences, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. Furthermore, the ends of justice served by taking such action outweigh the best interest of the public and the Defendant with regard to a speedy trial

pursuant to 18 U.S.C. § 3161 because the failure to grant the continuance will prevent Defendants from receiving an effective defense.

**DONE and ORDERED** in chambers, in West Palm Beach, Florida on this 31st day of March, 2014.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
　　All counsel of record