UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80054-Cr-MARRA(s)(s)(s)
18 U.S.C. § 1591(a)(1)
18 U.S.C. § 1594( c)

UNITED STATES OF AMERICA,

vs.

**DONTAVIOUS M. BLAKE,**
    a/k/a "D", and
**TARA JO MOORE,**

    Defendants,
_____ /

FILED by ___ D.C.

MAY 22 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## THIRD SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or about August 2011, and continuing through in or about December 2011, in Palm Beach County, in the Southern District of Florida, the defendants,

**DONTAVIOUS M. BLAKE,**
a/k/a "D", and
**TARA JO MOORE,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, T.H., knowing and in reckless disregard of the fact that T.H. had not obtained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(l) and (b)(2) and Title 18, United States Code, Section 2.

1

## COUNT 2

From in or about June 2011, and continuing through in or about September 30, 2012, in Palm Beach County, in the Southern District of Florida, the defendants,

**DONTAVIOUS M. BLAKE,**
a/k/a "D", and
**TARA JO MOORE,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, E.P. knowing and in reckless disregard of the fact that E.P. had not obtained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(l) and (b)(2) and Title 18, United States Code, Section 2.

## COUNT 3

From in or about June 2011, and continuing through in or about September 30, 2012, in Palm Beach County, in the Southern District of Florida, the defendants,

**DONTAVIOUS M. BLAKE,**
a/k/a "D", and
**TARA JO MOORE,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means persons, that is, T.H. and E.P., knowing, and in reckless disregard of the fact that T.H. and E.P. had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(l) and (b)(2); all in violation of Title 18, United States Code, Section 1594( c).

## COUNT 4

From on or about September 2, 2012, the exact date being unknown to the Grand Jury, and continuing until on or about September 9, 2012, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**DONTAVIOUS M. BLAKE,**
**a/k/a "D", and**
**TARA JO MOORE,**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is K.T., knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause K.T. to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 2.

## COUNT 5

From on or about September 5, 2012, the exact date being unknown to the Grand Jury, and continuing until on or about October 4, 2012, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**DONTAVIOUS M. BLAKE,**
**a/k/a "D", and**
**TARA JO MOORE,**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is K.C., knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause K.C. to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and 2.

## COUNT 6

From on or about August 2, 2011, the exact date being unknown to the Grand Jury, and continuing until on or about October 4, 2012, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**DONTAVIOUS M. BLAKE,**
**a/k/a "D", and**
**TARA JO MOORE,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1); all in violation of Title 18, United States Code, Section 1594(c).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

DONTAVIOUS M. BLAKE,
a/k/a "D", and TARA JO MOORE,

**Defendants.**
_____/

CASE NO.    13-80054-CR-MARRA(s)(s)(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes ___ | No _x_ |
| Number of New Defendants | | |
| Total number of counts | 6 | |

**Court Division**: (Select One)

___ Miami     ___ Key West
_x_ FTL  ___ WPB     ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     _no_

   List language and/or dialect _____

4. This case will take   _5-6_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days      ___                     Petty      ___
   II   6 to 10 days     _x_                     Minor      ___
   III  11 to 20 days    ___                     Misdem.    ___
   IV   21 to 60 days    ___                     Felony     _x_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No)   _YES_
   If yes:
   Judge: _MARRA_                          Case No. _13-80054-CR-MARRA_
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.                    _13-8082-DLB_
   Related Miscellaneous numbers:         _____
   Defendant(s) in federal custody as of  _2/19/13_
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____          District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0095044

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: DONTAVIOUS MINGEL BLAKE

Case No:   13-80054-CR-MARRA(s)(s)(s)

Counts 1 and 2:

Sex trafficking of a minor

Title 18, United States Code, Sections 1591(a)(1) and (b)(2)

**\*Max. Penalty:**   10 Years' to life Imprisonment; 5 Years' to Lifetime Supervised Release; and a $250,000 Fine

Count 3:

Conspiracy to engage in sex trafficking of a minor

Title 18, United States Code, Section 1594(c)

**\*Max. Penalty:**   Any term of years' to life Imprisonment; 5 Years' to Lifetime Supervised Release; and a $250,000 Fine

Count 4-5:

Sex Trafficking by force, Threats of Force, Fraud, or Coercion

Title 18, United States Code, Section 1591(a)(1) and (b)(2)

**\*Max. Penalty:**   15 years' to life Imprisonment; 5 Years' to Lifetime Supervised Release; and a $250,000 Fine

Count 6:

Conspiracy to Commit Sex trafficking by force, Threats of Force, Fraud, or Coercion

Title 18, United States Code, Section 1594(c)

**\*Max. Penalty:**   Zero to life Imprisonment; 5 Years' to Lifetime Supervised Release; and a $250,000 Fine

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: TARA JO MOORE

Case No: 13-80054-CR-MARRA(s)(s)(s)

Counts 1 and 2:

Sex trafficking of a minor

Title 18, United States Code, Sections 1591(a)(1) and (b)(2)

**\*Max. Penalty:** 10 Years' to life Imprisonment; 5 Years' to Lifetime Supervised Release; and a $250,000 Fine

Count 3:

Conspiracy to engage in sex trafficking of a minor

Title 18, United States Code, Section 1594(c)

**\*Max. Penalty:** Any term of years' to life Imprisonment; 5 Years' to Lifetime Supervised Release; and a $250,000 Fine

Count 4-5:

Sex Trafficking by force, Threats of Force, Fraud, or Coercion

Title 18, United States Code, Section 1591(a)(1) and (b)(2)

**\*Max. Penalty:** 15 years' to life Imprisonment; 5 Years' to Lifetime Supervised Release; and a $250,000 Fine

Count 6:

Conspiracy to Commit Sex trafficking by force, Threats of Force, Fraud, or Coercion

Title 18, United States Code, Section 1594(c)

**\*Max. Penalty:** Zero to life Imprisonment; 5 Years' to Lifetime Supervised Release; and a $250,000 Fine