UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  13-80054-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONTAVIOUS BLAKE,

    Defendant.
_____/

## DEFENDANT BLAKE'S UNOPPOSED MOTION TO TERMINATE RESTITUTION PROCEEDING

Defendant, Dontaviouis Blake, through counsel, hereby moves the Court to terminate the restitution hearing that is set for October 2, 2015, at 10:30 a.m. Defendant moves to terminate the hearing because the victims, T.H. and E.P. have advised the government that they are not seeking restitution in this case.  In support of the motion the following is submitted:

    1.    On July 17, 2015, defendant was sentenced for violations of 18 U.S.C. §1591(a)(1), (b)(2), and 18 U.S.C. §2, and 18 U.S.C. §1594(c), to a term of 324 imprisonment, supervised release for a term of life, and a special assessment of $300.  No fine was imposed due to Mr. Blake's indigency.  A restitution hearing was scheduled for October 2, 2015.

    2.    On September 25, 2015, Assistant United States Attorney Lothrop Morris notified defense counsel that victims T.H. and E.P. had been advised about

the restitution hearing, and that they decided not to seek restitution from defendant Blake and co-defendant Moore. As a result, the government does not oppose defendant's motion to terminate the restitution hearing, and that no restitution be ordered in this case.

WHEREFORE, defendant Dontavious Blake's motion to terminate the restitution hearing should be granted, and the court should order that there shall be no restitution in this case.

                Respectfully Submitted,

                MICHAEL CARUSO
                FEDERAL PUBLIC DEFENDER

                *s/Neison M. Marks*
                Neison M. Marks
                Assistant Federal Public Defender
                Attorney for Defendant
                Court Assigned No.  A5500635
                450 South Australian Avenue, Suite 500
                West Palm Beach, Florida 33401
                Phone:  (561) 833-6288
                Fax:  (561) 833-0368
                Email:  *Neison_marks@fd.org*

## *CERTIFICATE OF SERVICE*

*I HEREBY certify that on September 28, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Neison M. Marks*
Neison M. Marks