IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 13-80054-CR-Mara

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TARA JO MOORE,

    Defendant.

_____/

**DEFENDANT, TARA MOORE'S, UNOPPOSED MOTION
TO TERMINATE RESTITUTION PROCEEDING**

Defendant, Tara Jo Moore, through undersigned counsel, moves the Court to terminate the restitution hearing that is set for October 2, 2015, at 10:30 A.M. Defendant moves to terminate the hearing because the victims, T.H. and E.P., have advised the government that they are not seeking restitution in this case. In support of the motion, the following is submitted:

1. On July 17, 2015, the Defendant was sentenced for violations of 18 U.S.C. §1591(a)(1), (b)(2), and 18 U.S.C. §2, and 18 U.S.C. §1594(c), to a term of 180 months imprisonment, supervised release for a term of 20 years, and a special assessment of $300.00. No fine was imposed due to Ms. Moore's indigency. A restitution hearing was scheduled for October 2, 2015.

2. On September 25, 2015, Assistant United States Attorney Lathrop Morris notified defense counsel that victims T.H. and E.P. had been advised about the restitution hearing and

that they decided not to seek restitution from Defendant Moore and Co-defendant Blake. As a result, the Government does not oppose the Defendant's motion to terminate the restitution hearing, and that no restitution be ordered in this case.

WHEREFORE, the Defendant, Tara Jo Moore's motion to terminate the restitution hearing should be granted and the Court should order that there shall be no restitution in this case.

>Respectfully submitted,
>
> /s/ Peter T. Patanzo
>Peter T. Patanzo, Esquire
>Benjamin, Aaronson, Edinger & Patanzo, P.A.
>1 Financial Plaza, Suite 1615
>Fort Lauderdale FL 33394
>(954) 779-1700 Phone
>(954) 779-1771 Fax
>ppatanzo@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document was electronically filed with the Clerk of Court using the CM/ECF system and a copy was provided through the CM/ECF system to all counsel of record, on this 29th day of September, 2015.

> /s/ Peter T. Patanzo
>Peter T. Patanzo, Esquire