UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80054-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DONTAVIOUS M. BLAKE,
TARA JO MOORE,

        Defendants.
_____/

### ORDER GRANTING MOTION TO TERMINATE RESTITUTION HEARING

THIS CAUSE is before the Court upon Defendants' Unopposed Motions to Terminate Restitution Hearing [DE's 443 and 444].  This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is

ORDERED and ADJUDGED that the Motions are GRANTED.  Restitution is not ordered and the hearing scheduled for October 2, 2015 is hereby CANCELLED.

DONE and ORDERED in West Palm Beach, Florida, this 29th day of September, 2015.

                                          KENNETH A. MARRA
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:

        All counsel